Willie M. RAWLS, Jr., Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 05–3102.

United States Court of Appeals,
Federal Circuit.

March 25, 2005.

ON MOTION

*ORDER*

Willie M. Rawls, Jr. moves without opposition for reconsideration of the court's March 4, 2005 order dismissing his petition for review for failure to file a Fed. Cir. R. 15(c) statement.

The statement now having been filed,

IT IS ORDERED THAT:

The motion for reconsideration is granted, the dismissal order is vacated, the mandate is recalled, and the petition is reinstated. If counsel for Rawls and the Postal Service have not filed entries of appearance, they should promptly do so.

Daniel W. AMBROSE, Claimant–
Appellant,

v.

R. James NICHOLSON, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 05–7104.

United States Court of Appeals,
Federal Circuit.

March 25, 2005.

ON MOTION

*ORDER*

Upon consideration of the unopposed motion to voluntarily dismiss this appeal (CAVC No. 01–683),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.